# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

MARK A. TERRELL, INC., ET AL                                    PLAINTIFFS

v.                          NO. 3:03CV00310 JLH

ARCHER DANIELS MIDLAND, INC., ET AL                           DEFENDANTS

## ORDER

The parties have moved to extend the time in which to file dispositive motions up to and including August 29, 2005. The motion is GRANTED.

IT IS SO ORDERED this ___5th___ day of August, 2005.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE