**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | |
|---|---|
| MARK A. TERRELL, INC.; POINTER FARMS, INC.; RANDY JONES and DIANE JONES; JOHN K. HUTCHINSON and KAREN S. HUTCHINSON, d/b/a EMALON FARMS; JAMES THOMAS BUTLER II; TROY GREENO and GRETA GREENO; HILTON HURDLE and INA RAYE HURDLE; DOYLE and DOUG LANCASTER, d/b/a MECCA GRAIN | PLAINTIFFS |
| v.    No. 3:03CV00310 JLH | |
| ARCHER DANIELS MIDLAND, INC.; ARCHER DANIELS MIDLAND RICE, INC.; CODY BLOOD; and TODD BURICH | DEFENDANTS |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Plaintiffs' motion for voluntary nonsuit (Docket #26) is GRANTED. This case is hereby dismissed without prejudice.

IT IS SO ORDERED this   20th   day of September, 2005.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE